UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-7707-MWF(SKx)**                    Dated: **March 26, 2018**

Title:       Maria Ortega -*v*- Select Portfolio Servicing, Inc., et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Ursula G. Barrios                                              Gina L. Albertson

**PROCEEDINGS:          PLAINTIFF'S SECOND MOTION TO REMAND [27];
DEFENDANTS' MOTION TO DISMISS CASE [28]**

     The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

     Case called, and counsel make their appearance.   Counsel submit on the tentative ruling.  The Court the matter under submission.  An order will issue.

     IT IS SO ORDERED.